AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| AMRIK SARPAL | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 20-cv-4474 LDH-SMG |
| NYC GREEN TRANSPORTATION GROUP, LLC  et. al. (See attached rider for full caption) | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NURIDE SIGNATURE LIMO SERVICES LLC
33-24 NORTHERN BOULEVARD
LONG ISLAND CITY, NEW YORK, 11101

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Moser Law Firm, P. C.
Attn: Steven J. Moser, Esq.
5 East Main Street
Huntington, New York 11743
(516) 671-1150
smoser@moseremploymentlaw.com

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 9/24/2020

DOUGLAS C. PALMER
*CLERK OF COURT*

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____                                         _____
                                                              *Server's signature*

                                                              _____
                                                              *Printed name and title*

                                                              _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
AMRIK SARPAL,                                                             Case No:


                                    Plaintiff,

                -against-                                                 **CAPTION RIDER**

NYC GREEN TRANSPORTATION GROUP, LLC,
SIGNATURE BLACK CAR LLC,
NURIDE SLS, LLC,
NURIDE TRANSPORTATION GROUP, LLC,
NURIDEMG, LLC,
NURIDE ACCESS TRANSPORTATION LLC,
NURIDE ACCESS, LLC,
NURIDE AUTO SERVICES LLC,
NURIDE MEDTRANS GROUP, LLC,
NURIDE SIGNATURE LIMO SERVICES LLC,
NURIDEMT, LLC,
NADIM AHMED KHAN,
ANTHONY PARRIZZI,
JOHN/JANE DOES 1-10, AND
DOE ENTITIES 1-10,
                                    Defendants.
------------------------------------------------------------------------X